DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY MCDONALD,**
Appellant,

v.

**COVENANT VILLAGE CARE CENTER,**
Appellee.

No. 4D20-1541

[April 1, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19-12337(12).

Anthony McDonald, Oakland Park, pro se.

M. Katherine Hunter and Eric D. Freedman of Chimpoulis & Hunter, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***